■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MILLER, Appellant. [676 NYS2d 382] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of defendant, County Court did not abuse its discretion in denying his motion to withdraw his guilty plea. The conclusory allegation of defendant that his counsel had pressured him to plead guilty is insufficient to require vacatur of the plea (*see, People v Jackson*, 171 AD2d 883, 884, *lv denied* 78 NY2d 967; *People v Seger*, 171 AD2d 892, *lv dismissed* 78 NY2d 1081; *People v Washington*, 156 AD2d 496, *lv denied* 75 NY2d 925; *People v Brown*, 142 AD2d 683; *People v Matta*, 103 AD2d 756, *lv denied* 63 NY2d 777). In any event, that allegation is belied by the unequivocal statement of defendant during the plea allocution that he had not been threatened, forced or coerced in any way into pleading guilty (*see, People v Samuel*, 208 AD2d 776, 777, *lv denied* 84 NY2d 1038; *People v Jackson*, 203 AD2d 302, *lv denied* 84 NY2d 827).

Defendant's remaining contention has not been preserved for our review (*see*, CPL 470.05 [2]), and, in any event, it is without merit. (Appeal from Judgment of Wayne County Court, Kehoe, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY LEE MILLS, Appellant. [676 NYS2d 391] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Burglary, 3rd Degree.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MOORE, Appellant. [676 NYS2d 391] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Monroe County Court, Egan, J.—Manslaughter, 2nd Degree.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES U. MORRIS, Appellant. [676 NYS2d 391] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.